## SECOND DEPARTMENT, JUNE TERM, 1888.

Judgment and order affirmed, with costs. Opinion by Bartlett, J.

Charles Donner v. Clinton Ogilvie.—Judgment reversed and judgment ordered for appellants on demurrer, with costs, and with leave to plaintiff to amend on usual terms, on opinion in *Esther Donner* v. *Clinton Ogilvie*, decided herewith.

Albert C. Squier, Appellant, v. James Kearney and others, Respondents.—Judgment affirmed, with costs. Opinion *Per Curiam*.

The Sprague National Bank of Brooklyn, Respondent, v. Peter Haulenbeek, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

Margaret E, Dillon, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

The People of the State of New York *ex rel.* Lawrence Clarson, Appellant, v. Stephen B. French and others, Respondents.—Order reversed and case remitted to the commissioners for further consideration. Opinion by Daniels, J.

Alfred Cooley and others, Appellants, v. William A. Cummings, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Brady, J.

Morris Rubens and another, Respondents, v. The Ludgate Hill Steamship Company (Limited), Appellant. — Order reversed and motion granted, with costs. Opinion by Brady, J.

Bradford, Eldred and Cuba Railroad Company v. New York. Lake Erie and Western Railway Compan.

Tonawanda Valley and C. Railroad Company v. New York, Lake Erie and Western Railway Company. — Motion denied. with ten dollars costs.

James Wallace and another v. Henry Coe and another.—Motion for resettlement denied with ten dollars costs.

Bernard Casserley v. Silas H. Witherbee. — Motion denied.

Helen A. Babcock v. Oliver M. Arkenbergh.— Motion denied. Mem. *Per Curiam*.

Helen A. Babcock v. Oliver M. Arkenbergh. — Motion denied. Mem. *Per Curiam*.

Jacob H. Studer, Appellant, v. George Bleistein, as President, etc., Respondent.—Motion for reargument denied, with ten dollars costs.

John T. Sherman v. Maier Rothschild.

Bryce Gray and others v. Abraham Rothschild Applications denied. Mem. *Per Curiam*.

The People of the State of New York v. Charter Oak Life Insurance Company

Continental National Bank v. Charter Oak Insurance Company.— Motion denied.

In the Matter of Harriet Morey.—Order reversed, with ten dollars costs and disbursements, unless petitioner stipulates as directed in opinion. In case stipulation is given order affirmed, without costs. Opinion *Per Curiam*.

## SECOND DEPARTMENT, JUNE TERM, 1888.

In the Matter of Andrew Hood Estate.—Order reversed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

John W. S. Earnshaw, as Trustee, etc., and others, Appellants, v. Maria J. Myers and others, Repondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of the Final Settlement of Smyth Lydecker, as Administrator, etc. — Part of decree of surrogate appealed from affirmed, with costs. Opinion by Barnard, P. J.

George Vanderveer and others v. William Vanderveer.— Judgment affirmed, with costs, with order granting allowance. Opinions by Barnard, P. J., and Pratt, J.

John E. Vanderveer, Respondent, v. William Vanderveer, as Executor, etc., Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Sherwood Sterling, Respondent, v. The Metropolitan Life Insurance Company, Appellant.— Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

The People of the State of New York *ex rel.* Robert J. Reynolds and others v. The Board of Education of the City of Brooklyn.—Proceedings affirmed, with costs. Opinion by Dykman, J.

James Keairns, an Infant, etc., Appellant, v. The Coney Island and Brooklyn Railroad Company, Respondent.—Order affirmed. with costs and disbursements. Opinion by Barnard, P. J.

Edward H. Coffin and another, Respondents, v. Asa W. Parker and others, Appellants.—Interlocutory and final decree modified in accordance with opinion. Opinion by Pratt, J.

Edward H. Coffin and another, Respondents, v. Asa W. Parker and others, Appellants.—Judgment upon the appeal of Mabee, Brum and Pundt, modified in accordance with opinion. Order to be settled by Justice Pratt.

Samuel Bennett, Jr., v. Charles F. Sweet. — Judgment affirmed. with costs for non-submission of papers upon stimulation.

William M Howitt. Appellant. v. Isaiah M. Merrill. Respondent, impleaded. etc.— Order affirmed. with costs and disbursements. Opinion by Barnard, P. J.

John Andrews, Appellant, v. Jeremiah O'Mahoney and others, Respondents.— Order affirmed,with costs and disbursements. Opinion by Dykman, J.

William O. Poole, Respondent, v. Thomas F Hayes, Appellant.—Order amending complaint reversed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Englehart Wandell, Appellant, v. Austin Corbin, Receiver, etc., Respondent. — Judgment dismissing complaint reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Dykman, J., not sitting.

William B. Slocum v. William C. Veight, as Administrator, etc.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P J., not sitting.

Frank Hasbrouck, as Trustee, etc., Respondent, v. Frank Angevine and others, Appellants, Impleaded, etc.—Judgment affirmed,with costs. Opinion by Pratt, J.; Barnard, P J, not sitting.

Peter H. Hopkins, Appellant, v. Henry H. Lane, Executor, etc., Respondent. — Order refusing to vacate decree for probate affirmed, with costs. Opinion by Barnard P. J.

Charles Kranz, Administrator, etc., Appellant, v. The Long Island Railroad Company, Respondent. — Judgment dismissing complaint affirmed, with costs. Opinion by Dykman, J.

In the Matter of the Estate of Thomas B Jones. — Decree of surrogate affirmed, with costs. Opinion by Dykman, J.

The Board of Education v. Henry Mapes — Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

Matter of Emmons Avenue Opening. — Order confirming report affirmed, with ten dollars costs, besides disbursements. Opinion by Dykman, J.

Minna . C. Samuels, Appellant, v. Alexander R. Samuels. Respondent. — Order affirmed. Opinion by Pratt, J.

In the Matter of Probate of Will of George R Jacott, Deceased. — Decree of surrogate reversed and issues to be tried by a jury in Kings county, question of costs reserved. Opinion by Barnard, P. J.